UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SANDRA DELL BANKS,

    Plaintiff,

v.

MR. & MRS. BUCK RICHARD ALLEN, husband and wife,

    Defendants.

NO. CV-06-338-RHW

**ORDER DISMISSING COMPLAINT**

Before the Court are Plaintiff's First Amended Complaint against Defendants Mr. and Mrs. Buck Richard Allen (Ct. Rec. 8) and Motion for Counsel (Ct. Rec. 9). Plaintiff brings a *pro se* claim against Defendants. By separate Order, the Court granted Plaintiff leave to proceed *in forma pauperis* (Ct. Rec. 5). Pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii), the Court must review a complaint filed *in forma pauperis* for legal sufficiency, and dismiss it if it is "frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief." *See Lopez v. Smith*, 203 F.3d 1122, 1126 n.7 (9th Cir. 2000) ("section 1915(e) applies to all *in forma pauperis* complaints").

After initially reviewing Plaintiff's Complaint, which consisted of a single caption page identifying the parties, the Court issued an Order to Amend the Complaint (Ct. Rec. 7), providing Plaintiff with instruction and an opportunity to amend her Complaint to comply with the requirements of § 1915(e)(2) and Federal Rule of Civil Procedure 8. In response, Plaintiff filed her First Amended

**ORDER DISMISSING COMPLAINT** * 1

Complaint (Ct. Rec. 8), which the Court has also reviewed.  After reviewing the First Amended Complaint, the Court finds this action must be dismissed because the Court does not have subject matter jurisdiction over Plaintiff's claim.

Plaintiff's Complaint does not meet the requirements of 28 U.S.C. § 1915(e)(2).  Specifically, Plaintiff "fails to state a claim on which relief may be granted."  28 U.S.C. § 1915(e)(2)(B)(ii).  In her First Amended Complaint, Plaintiff describes events leading up to an alleged assault and rape, but she does not include sufficient facts to establish federal subject matter jurisdiction.  The United States District Court is a court of limited jurisdiction[1], meaning it must have both subject matter jurisdiction over the claims alleged and personal jurisdiction over the parties involved.  In 28 U.S.C. § 1331, Congress granted federal district courts jurisdiction to adjudicate cases arising under the United States Constitution or federal statutes.  In 28 U.S.C. § 1332, Congress granted federal courts jurisdiction to adjudicate cases in which the matter in controversy exceeds $75,000 and the dispute is between citizens of different states.

Plaintiff's First Amended Complaint certainly recites egregious events. However, the actions complained of do not arise under the Constitution or federal statutes, and the case is between parties who are both residents of Washington State.  Although Plaintiff may state a claim under State law, this Court does not possess subject matter jurisdiction to hear it.  Because the Court is without jurisdiction and cannot provide Plaintiff with the relief she seeks, the Court finds that repleading will not cure the deficiencies in Plaintiff's First Amended Complaint.  When it is absolutely clear that the deficiencies in a complaint cannot be overcome by amendment, the Court need not provide an opportunity to amend. *Cook, Perkiss & Liehe, Inc. v. N. Cal. Collection Serv., Inc.*, 911 F.2d 242, 247 (9th Cir. 1990).  Therefore, the Court must dismiss Plaintiff's First Amended Complaint for failure to state a claim on which relief may be granted under 28

---

[1] A court has jurisdiction over a case if it has power to decide the case.

**ORDER DISMISSING COMPLAINT** * 2

1 | U.S.C. § 1915(e)(2)(B)(ii).

2 |   Accordingly, **IT IS HEREBY ORDERED**:

3 |   1. Plaintiff's First Amended Complaint (Ct. Rec. 8) is **DISMISSED without prejudice**.

5 |   2. Plaintiff's Motion for Counsel (Ct. Rec. 9) is **DENIED as moot**.

  **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and **close the file**.

  **DATED** this 15th day of March, 2007.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2006\Banks\dismiss.ord.wpd

**ORDER DISMISSING COMPLAINT** * 3